[Civ. No. 1125.   Third Appellate District.—August 16, 1913.]

KATIE N. STEPHENS et al., Respondents, v. THE LE-MOORE CANAL & IRRIGATION COMPANY, Defendant and Appellant; EMMA E. McKENNA, Executrix of the Last Will of Richard E. McKenna, Deceased, Intervener and Respondent.

CORPORATION—SALE OF STOCK FOR DELINQUENT ASSESSMENTS.—Judgment and order affirmed on the authority of *Stephens* v. *Lemoore Canal & Irrigation Co., ante,* p. 579.

APPEAL from a judgment of the Superior Court of Kings County and from an order refusing a new trial.   John G. Covert, Judge.

Houghton & Houghton, for Appellant.

Miles Wallace, and E. T. Cosper, for Respondents.

M. L. Short, and H. Scott Jacobs, for Intervener and Respondent.

CHIPMAN, P. J.—This appeal is by the defendant company and was referred to in our opinion in the same case No. 1113, *Stephens* v. *Lemoore Land & Irrigation Co., ante,* p. 579, [135 Pac. 707], this day decided.   The questions here presented are the same as were considered and decided in No. 1113 and, for the reason there given, the judgment and order are affirmed.

Burnett, J., and Hart, J., concurred.